United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. WHITE,<br>Plaintiff,<br>v.<br>SPRINKLR, INC.,<br>Defendant. | Case No. 26-cv-04963-ASK<br><br>**ORDER TO SHOW CAUSE** |

The Court held an Initial Case Management Conference by Zoom in this matter beginning at 1:30 p.m. on September 1, 2026. Defendant Sprinklr, Inc., did not appear at that Conference. After approximately fifteen minutes of waiting, the undersigned went on the record to note Defendant's absence and to reset the Initial Case Management Conference for September 15, 2026, at 1:30 p.m.

Defendant is **ORDERED TO SHOW CAUSE** as to why it should not be sanctioned for failing to appear. Defendant's response to this Order is due **September 11, 2026**.

**IT IS SO ORDERED.**

Dated: September 3, 2026

AJAY KRISHNAN
United States Magistrate Judge